# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Rick E. Skinner**

        **Plaintiff**

vs.                                  CASE NUMBER: 6:07-CV-310 (GTS/GHL)

**City of Amsterdam; Mayor Joseph Emanuele, III and Robert Going**

        **Defendants**

**Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Motion to Dismiss and/or for Summary Judgment as to defendants' Mayor Joseph Emanuele III and Robert Going was granted and all claims against them in Plaintiff's complaint were dismissed.

That the Motion for Summary Judgment as to defendant City of Amsterdam was granted and all claims against this defendant were dismissed.

All of the above pursuant to the Order of the Honorable Judge David N. Hurd dated the 19th day of September, 2007 and the Order of the Honorable Judge Glenn T. Suddaby, dated the 30th day of March, 2010.

DATED: March 30, 2010

*Lawrence K. Baerman*
Clerk of Court

s/

_____
Joanne Bleskoski
Deputy Clerk